IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST, ET AL. | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:13-cv-00833-RMC |
| vs. | ) ) | |
| ROBERT HILEMAN, ET AL. | ) ) | |
| Defendants. | ) | |

_____

**DEFENDANTS ROBERT HILEMAN AND GARY HILEMAN'S MOTION TO DISMISS**

Defendants Robert Hileman and Gary Hileman (hereinafter collectively referred to as "the Hilemans"), by and through their undersigned counsel, hereby file this Motion to Dismiss and state as follows:

1. This lawsuit includes causes of action arising under various provisions of ERISA pertaining to: 1) audit fees and liquidated damages resulting from unpaid contributions; and, 2) withdrawal liability.

2. Inasmuch as there is no basis for this Court to exercise personal jurisdiction over the Hilemans alleged in the Complaint, the Hilemans request that this Court dismiss the Hilemans from this lawsuit.

3. In addition, insofar as there is no basis for Plaintiffs to pursue claims against the Hilemans in their individual capacities and, even if such basis did exist, there are no available remedies, the claims against the Hilemans should be dismissed with prejudice.

4. The Hilemans' Memorandum of Law in Support of this Motion to Dismiss is incorporated as if fully set forth herein.

1

WHEREFORE, Defendants Robert Hileman and Gary Hileman, for the reasons set forth herein, respectfully pray this Court enter an order DISMISSING the Complaint with prejudice.

Respectfully submitted,

/s/ Eric Pelletier
Eric Pelletier (DC Bar 454794)
Offit Kurman, P.A.
4800 Montgomery Avenue, 9th Floor
Bethesda, MD 20814
Phone:  (240) 507-1739
Fax:  (240) 507-1735
E-Mail epelletier@offitkurman.com

/s/ Russell B. Berger
Russell B. Berger (Bar No. MD28512)
Offit Kurman, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202
Phone: (410) 209-6449
Fax: (410) 209-6435
E-Mail: rberger@offitkurman.com

*Attorneys for Defendants*
*Robert Hileman and Gary Hileman*

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that on this 16th day of August 2013, a copy of the foregoing was served via ECF on the following:

Lauren B. Powell (Bar No. 1008301)
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street, NW, Suite 400
Washington, DC 20036
*Attorney for Plaintiffs*

/s/ Eric Pelletier
Eric Pelletier

4851-2437-2757, v.  2

2