IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST, ET AL. <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT HILEMAN, ET AL. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) )   CASE NO. 1:13-cv-00833-RMC |

_____

## **ORDER**

Upon consideration of the Motion to Dismiss filed by Defendants Robert Hileman and

Gary Hileman, any response thereto, and any oral argument, it is this ___ day of

_____, 2013, hereby

**ORDERED**, that the Motion to Dismiss filed by Defendants Robert Hileman and Gary

Hileman is **GRANTED**; and it is further

**ORDERED**, that the Complaint is **DISMISSED WITH PREJUDICE.**

DATED this _____ day of _____, 2013

_____
Hon. Rosemary M. Collyer

**COPIES TO:**

Lauren B. Powell (Bar No. 1008301)
Mooney, Green, Saindon, Murphy & Wlech, P.C.
1920 L Street, NW, Suite 400
Washington, DC 20036
*Attorney for Plaintiffs*

Eric Pelletier (DC Bar 454794)
Offit Kurman, P.A.
4800 Montgomery Avenue, 9th Floor
Bethesda, MD 20814
*Attorney for Defendants Robert Hileman and Gary Hileman*

Russell B. Berger (Bar No. MD 28512)
Offit Kurman, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202
*Attorney for Defendants Robert Hileman and Gary Hileman*

4813-1646-9013, v. 2